**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
MAR 12 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          up          DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY MORALES ARIZMENDI (2),<br><br>　　　　　　Defendant. | CASE NO. 15MJ484-MDD<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_　the Court has dismissed the case for unnecessary delay; or

_x_　the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_　the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_　a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_　the jury has returned its verdict, finding the defendant not guilty;

_x_　of the offense(s) as charged in the Complaint:

21:952 and 960 - Importation of a Controlled Substance

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/12/15

Mitchell D. Dembin
U.S. Magistrate Judge